59 So.3d 1156 (2011)
WAREHOUSE 1800, LLC, and Peter Izaak, Appellants,
v.
Alan LIEBERMAN, Appellee.
No. 3D10-3338.
District Court of Appeal of Florida, Third District.
January 24, 2011.
Arnstein & Lehr, Franklin L. Zemel, and Natalie F. Guerra-Valdes, Fort Lauderdale; Ginnis & Groysman and Roman Groysman, Fort Lauderdale, for appellants.
Robert P. Frankel, Miami, for appellee.
Before RAMIREZ, C.J., and GERSTEN and SALTER, JJ.
PER CURIAM.
Affirmed. See § 608.4492(1), Fla. Stat. (2010).